Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Justin L. Carley, Esq.
Nevada Bar No. 9994
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
*Attorneys for Defendant, Counter-Plaintiff,*
*& Consolidated Plaintiff*
*Twin Cities Gaming Supplies, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FORTUNET, INC.,<br><br>                    Plaintiff,<br>vs.<br><br>TWIN CITIES GAMING SUPPLIES, INC., and DOES I through V, inclusive, and ROE CORPORATIONS I through V, inclusive,<br><br>                    Defendants. | CASE NO. 2:09-cv-01843-PMP-GWF<br><br>CASE NO. 0:09-cv-2290-ADM-JJK<br>(Transferred from USDC-MN and Consolidated) |
| TWIN CITIES GAMING SUPPLIES, INC.,<br><br>                    Counter-Plaintiff,<br>vs.<br><br>FORTUNET, INC., and DOES I through V, inclusive, and ROE CORPORATIONS I through V, inclusive,<br><br>                    Counter-Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| TWIN CITIES GAMING SUPPLIES, INC., a Minnesota corporation,<br><br>                    Consolidated Plaintiff,<br>vs.<br><br>FORTUNET, INC., a Nevada Corporation, MILLENNIUM GAMES, INC., a Nevada corporation, and DOE CORPORATIONS I through V, inclusive,<br><br>                    Consolidated Defendants. | |

1  The parties have reached a settlement agreement and, in turn, submit the following
2  Stipulation and Order of Dismissal with Prejudice.

### STIPULATION

1) The parties agree and therefore stipulate that this consolidated action shall be dismissed with prejudice.

2) The parties agree and therefore stipulate that they will bear their own attorneys' fees, expenses, and costs associated with this consolidated action.

3) The parties agree and therefore stipulate that the trial shall be vacated, all other dates shall be removed from the Court's calendar, and all other necessary steps shall be taken to close this action.

| DATED: June 27, 2011. | DATED: July 6, 2011. |
|---|---|
| GREENBERG TRAURIG, LLP | SNELL & WILMER L.L.P. |
| // TYLER ANDREWS // | [signature] |
| Brandon E. Roos, Esq. | Patrick G. Byrne, Esq. |
| Nevada Bar No. 7888 | Nevada Bar No. 7636 |
| Tyler R. Andrews, Esq. | Justin L. Carley, Esq. |
| Nevada Bar No. 9499 | Nevada Bar No. 9994 |
| 3773 Howard Hughes Parkway, Suite 400 North | 3883 Howard Hughes Parkway, Suite 1100 |
| Las Vegas, NV 89169 | Las Vegas, Nevada 89169 |
| *Attorneys for FortuNet, Inc. and Millennium Games, Inc.* | *Attorneys for Twin Cities Gaming Supplies, Inc.* |

## ORDER

Based upon the Stipulation of the parties as described above:

**IT IS HEREBY ORDERED** that this consolidated action is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the parties bear their own attorneys' fees, expenses, and costs associated with this consolidated action.

**IT IS FURTHER ORDERED** that the trial is vacated, all other dates will be removed from the Court's calendar, and all other necessary steps will be taken to close this action.

**IT IS SO ORDERED.**

DATED: July 6, 2011.

UNITED STATES DISTRICT COURT JUDGE

*Philip M. Pro*

13099065.1